No Fee/No IFP
Category #3

39032-180
Number/Alien Registration Number

FCI Loretto
Place of Confinement

Po Box 1000
Mailing Address

Cresson, PA 16630
City, State, Zip Code

RECEIVED

JUN 01 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

LUIS MERCADO ROSARIO
(Full Name of Petitioner)

        Petitioner,

vs.

MICHAEL UNDERWOOD, WARDEN
(Name of Warden, Jailor or authorized person having custody of Petitioner)

        Respondent.

)
)
) Case No. __3:23-CV-111__
)    (To be supplied by Clerk)
)
) Petitioner Under 28 U.S.C. § 2241
) For a Writ Of Habeas Corpus
) By a Person In Federal Custody
)
)
)

## PETITION

1. What are you challenging in this petition?
   - [X] Bureau of Prisons sentence calculation or loss of good-time credits
   - [ ] Immigration detention
   - [ ] Probation, parole or supervised release
   - [X] Other (explain): Denial of due process due to institutions failure to hand over original paperwork

2. (a) Name and location of the agency or court that made the decision you are challenging: FCI Ashland. Po Box 888 Ashland, KY 41105

   (b) Case or opinion number: Incident Report# 3699124 (see Exhibit 1)

   (c) Decision made by the agency or court: Charge of assault without serious injury confirmed

1

      (d) Date of the decision: _____

3.  Did you appeal the decision to a higher agency or court? Yes ☒ No ☐

  If yes, answer the following:

  (a) First appeal: BP-10

      (1) Name of the agency or court: BOP Regional Office

      (2) Date you filed: 1/23/23

      (3) Opinion or case number: n/a

      (4) Result: No written response was given

      (5) Date of result: No response given

      (6) Issues raised: Self-defense and change in meds (see Exhibit 2).

  Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

  (b) Second appeal: BP-10

      (1) Name of the agency or court: BOP Regional Office

      (2) Date you filed: 3/13/23

      (3) Opinion or case number: n/a

      (4) Result: No response given

      (5) Date of result: No response given

      (6) Issues raised: Self defense, anxiety due to change in meds, and denial of original reports complication by numerous incident reports. (see Exhibits 1 and 3)

  Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

  (c) Third appeal: BP-11

      (1) Name of the agency or court: BOP National Office

(2) Date you filed: 3/14/23/
(3) Opinion or case number: n/a
(4) Result: No response
(5) Date of result: No response
(6) Issues raised: Same as 3(b)(6)--(See Exhibit 4)

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not:
    - The process ends at BP-11

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
    Yes ☐
    No ☒

    If yes, answer the following:

    (a) Name of the agency or court: _____
    (b) Date you filed: _____
    (c) Opinion or case number: _____
    (d) Result: _____
    (e) Date of result: _____
    (f) Issues raised: _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

3

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

GROUND ONE: The Petitioner lost GTCs and four months of commissary, and in the process was denied due process under the 5th Amendment.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
See Affidavit attached

(b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☐ No ☐ ✓

(c) If yes, did you present the issue to:
☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

The BOP chose not to respond within the allotted time.

GROUND TWO: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): n/a

(b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to: n/a

5

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
n/a

GROUND THREE: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
n/a

6

(b) Did you exhaust all available administrative remedies relating to Ground Three? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to: n/a
- ☐ The Office of General Counsel
- ☐ The Board of Immigration Appeals
- ☐ The Parole Commission
- ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
n/a

GROUND FOUR: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
n/a

_____
_____
_____

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to: n/a
    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why: n/a
_____
_____
_____
_____
_____
_____
_____

Please answer these additional questions about this petition:

7.    Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐ No ☐ n/a (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255? Yes ☐ No ☐ n/a

    If yes, answer the following: n/a

    (1) Name of court: n/a

    (2) Case number: n/a

    (3) Opinion or case number: n/a

    (4) Result: n/a

    (5) Date of result: n/a

      (6) Issues raised: n/a

      Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

  (b)    Explain why the remedy under § 2255 is inadequate or ineffective: n/a

8.  If this case concerns immigration removal proceedings, answer the following: n/a

  (a)    Date you were taken into immigration custody: n/a

  (b)    Date of removal or reinstatement order: n/a

  (c)    Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐ n/a

      (1) Date you filed: n/a

      (2) Case number: n/a

      (3) Result: n/a

      (4) Date of result: n/a

      (5) Issues raised: n/a

      Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

  (d)    Did you file an appeal with the federal court of appeals?
Yes ☐ No ☐ n/a

      (1) Name of the court: n/a

      (2) Date you filed: n/a

      (3) Case number: n/a

      (4) Result: n/a

(5) Date of result: n/a

(6) Issues raised: n/a

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: Given the fact the Petitioner has been denied the evidence used to take away his "good time," a due process violation, he is asking the Court to compel the BOP to turn over the evidence and return the good time that was deducted.

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on May 29, 2023 (month, day, year).

Signature of Petitioner
Luis Mercado Rosario

_____     May    , 2023
Signature of attorney, if any              Date