IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS ANTONIO MERCADO-ROSARIO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL UNDERWOOD, WARDEN, ) <br> F.C.I. LORETTO, ) <br> ) <br> Respondent. ) | Civil Action No. 3:23-111 <br> Judge Nora Barry Fischer <br> Magistrate Judge Keith Pesto |

## **MEMORANDUM ORDER**

AND NOW, this 29th day of September, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on July 31, 2023, (Docket No. 9), recommending that the § 2241 habeas petition filed by Petitioner Luis Mercado Rosario against Warden Michael Underwood challenging the Bureau of Prisons' forfeiture of 27 days good conduct time as a result of his assaulting another inmate in violation of disciplinary Code 224 be denied because he has failed to demonstrate that he is entitled to the relief requested in light of the relevant standards of review in challenges to prison disciplinary proceedings, *see e.g., Superintendent v. Hill*, 472 U.S. 445, 455, 105 S. Ct. 2768, 2774, 86 L. Ed. 2d 356 (1985), and the Objections which were timely filed by Petitioner on August 23, 2023, (Docket No. 12), this matter having been recently reassigned to the undersigned for prompt disposition of the matter, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation, (Docket No. 9),

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [9] is ADOPTED as the opinion of this Court;

IT IS FURTHER ORDERED that Petitioner's Objections [12] are OVERRULED and his § 2241 Petition [4] is DENIED, as the Court agrees that the record plainly supports the BOP's determination that "some evidence" supports the discipline imposed for Petitioner's misconduct, despite his claims that he only acted in self-defense due to his PTSD diagnosis. *See Hill*, 472 U.S. at 455, 105 S. Ct. 2768, 2774 ("We hold that the requirements of due process are satisfied if some evidence supports the decision by the prison disciplinary board to revoke good time credits."); *see also Gorbey v. Warden Lewisburg USP*, No. 21-3082, 2023 WL 2643850, at *2 (3d Cir. Mar. 27, 2023) ("Gorbey argued, and argues on appeal, that he was acting in self-defense. In spite of his argument, we agree with the District Court's conclusion that the evidence was sufficient to support the DHO's decisions.").

IT IS FURTHER ORDERED that the § 2241 Petition (Docket No. 4) is denied, with prejudice, and no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

> *s/Nora Barry Fischer*
> Nora Barry Fischer
> Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:   Luis A. Mercado-Rosario, Reg. No. 39032-180
      COLEMAN LOW FEDERAL CORRECTIONAL INSTITUTION,
      INMATE MAIL/PARCELS
      PO BOX 1031
      COLEMAN, FL 33521 (via first class mail)