IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS ANTONIO MERCADO-ROSARIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-111 |
| | ) | Judge Nora Barry Fischer |
| MICHAEL UNDERWOOD, WARDEN, | ) | Magistrate Judge Keith Pesto |
| F.C.I. LORETTO, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

AND NOW, this 29th day of September, 2025, the Court having entered an order denying the § 2241 Petition filed by Petitioner Luis Antonio Mercado-Rosario for reasons set forth in the accompanying Memorandum Order,

IT IS HEREBY ORDERED that final judgment is entered pursuant to Rule 58;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED;

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto
cc:   Luis A. Mercado-Rosario, Reg. No. 39032-180
      COLEMAN LOW FEDERAL CORRECTIONAL INSTITUTION,
      INMATE MAIL/PARCELS
      PO BOX 1031
      COLEMAN, FL 33521 (via first class mail)